UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6911 SVW (MRWx) | Date | December 22, 2016 |
|---|---|---|---|
| Title | Doversola v. Target Corp. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 17.)  The Court accepts and ENTERS the proposed order subject to the following:

1.     ¶ 10 – The Court REJECTS in its entirety the parties' proposed and presumptive request that all documents that they – not a judge of this Court – conclude are "confidential" will automatically be filed under seal with the Court.  That proposal does not comply with Ninth Circuit authority on the subject.  See, e.g., Oliner v. Kontrabecki, 745 F.3d 1024, 1026 (9th Cir. 2014); Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006).

2.     Instead, a party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1 for the Court to consider on a case-by-case basis.